AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

**FILED**
November 24, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: M. Ramirez
DEPUTY

United States of America
v.
CARPIO-TORRES, JESUS ANGEL

*Defendant(s)*

Case No. 7:25-MJ-357

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 20th, 2025 in the county of Midland in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1546 | Immigration Document Fraud (False Docs) |

This criminal complaint is based on these facts:

Please see the Affidavit attached hereto and incorporated by reference herein.

☑ Continued on the attached sheet.

/s/ Christian Corral
*Complainant's signature*

Christian Corral Border Patrol Agent
*Printed name and title*

Attested to by applicant pursuant to Rule 4.1 of Fed. R. Crim. P. by phone & email.

Sworn to before me and signed in my presence.

Date: 11/24/2025

*Judge's signature*

City and state: Midland, Texas

Ronald C. Griffin, United States Magistrate
*Printed name and title*

AFFIDAVIT **7:25-MJ-357**

COMES NOW, CORRAL, Christian, Affiant, whom after first being duly sworn, deposes under oath and states as follows:

1. I am a Midland Prosecutions Agent with the United States Border Patrol (USBP). As such, I am categorized as a law enforcement agent of the United States within the meaning of Title 18, United States Code, Section 2510(7) and am, therefore, empowered to conduct investigations and tender arrests for violations of relevant sections of the United States Code.

2. My duties include enforcing immigration laws against persons and organizations who present a danger to national security and public safety, focusing on those who violate the integrity of the immigration system. As such, I possess specialized training and experience relating to the targeting and interdiction of public safety threats, which includes convicted criminals, undocumented individuals, gang members, drug trafficking organizations, and human trafficking organizations, as well as individuals who have otherwise violated the nation's immigration laws such as those who illegally re-entered the United States after deportation. I have been employed for approximately 3 years with USBP. I have participated in numerous investigations relating to the preceding offenses.

3. The information contained in this Affidavit is either personally known to me through the course of conducting my own investigation into the instant offense; my review of various documents, records, and reports regarding the instant offense; or has been provided to me by other law enforcement officers.

4. I have not included herein each and every fact known to me regarding the instant investigation. Therefore, this Affidavit is submitted solely for the limited purpose of establishing probable cause to believe that, in the Western District of Texas, CARPIO-TORRES, JESUS ANGEL (hereinafter "CARPIO-TORRES"), a native and citizen of Mexico, knowingly and intentionally Fraud and Misuse of Visas, Permits, and Related Documents, and False Personation from the Attorney

General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 18, United States Code, Section 1546.

5. On 11/19/2025, at 1750 hours, Midland Police Officer Stroud contacted Supervisory Resident Border Patrol Agent (SBPA-RA) Phillip Kelley regarding a suspected foreign national. Officer Stroud advised that he backed up Officer Carta, who had conducted a traffic stop at L Street and College Street in Midland, Texas in violation of smoked headlights and brake lights. The driver and sole occupant presented a Permanent Resident card listing his country of birth as Mexico. The name listed was, CARPIO-TORRES. Due to the document and the driver's difficulty communicating in the English language, Officer Stroud contacted the Border Patrol to assist further.

6. Officer Stroud sent a photo of the Permanent Resident card to SBPA-RA Kelley's government phone. SBPA-RA immediately noticed that it appeared fraudulent, as the subject's photo appeared adhered to the card, and the font on the card wasn't consistent throughout, like a valid Permanent Resident card (I-551). SBPA-RA Kelley conducted records. Records for the card returned to a Chinese National, the subject was claiming he was a Mexican National. SBPA-RA Kelley requested a telephonic interview with the subject.

7. SBPA-RA asked if the subject spoke English or preferred to speak in the Spanish language. The subject stated, "Spanish." SBPA-RA identified himself as a Border Patrol Agent and asked where he was from, the subject stated that he was from "Chihuahua, Mexico." He stated that he crossed illegally through El Paso, Texas in June of 2022. He stated that he crossed through the desert closer to Columbus, New Mexico. When asked about the permanent resident card he stated that he purchased for $250 in El Paso, Texas, approximately two years ago so that he could work in Midland, Texas. He stated that he has worked and lived in Midland, Texas for two years. SBPA-RA Kelley asked if the name and date of birth were accurate on the card. He stated yes but that his complete name was Jesus Angel CARPIO-TORRES.

8. SBPA-RA Kelley advised to place the subject under arrest. Officer Carta transported the subject to the Midland County Jail as a courtesy to the Border Patrol. An immigration detainer was lodged with the Midland County Jail.

9. On November 20, 2025, at 1000 hours, CARPIO-TORRES was fingerprinted via e3 systems. CARPIO-TORRES was mirandized via government form I-214, due to being in possession of the fraudulent document.

A. CARPIO-TORRES is a citizen and native of Mexico.

11. The penalty for violating Title 18, United States Code, Section 1546 is: up to ten (10) years of imprisonment; a maximum of three (3) years of supervised release; a maximum fine of $250,000.

12. Assistant United States Attorney Heather Haywood was notified of this investigation and has agreed to prosecute CARPIO-TORRES.

FURTHER AFFIANT SAYETH NAUGHT.

/s/ Christian Corral

Christian Corral, Affiant Date 11/24/2025
Midland Prosecutions Agent
United States Border Patrol

Attested to by applicant pursuant to Rule 4.1 of Fed. R. Crim. P. by phone & email.

Sworn to in my presence and subscribed before me in the city of Midland, Midland County, Texas on this, the 24th day of November 2025.

RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE